UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jimmy McCarthy,

             Petitioner,

v.

Federal Bureau of Prisons, and Warden Jett,

             Respondents.

Civil No. 10-745 (PJS/SRN)

ORDER

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Susan Richard Nelson dated September 29, 2010, recommending denial of the application of federal prisoner Jimmy McCarthy for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. No objections to the Report and Recommendation have been filed within the requisite time period.

Based on the foregoing, and all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 22, 2010

                                                          s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge